UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA and STATE OF
NEW YORK *ex rel.* VINCENT FORCIER,

        Plaintiffs,

v.

COMPUTER SCIENCES CORPORATION and
THE CITY OF NEW YORK,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2014

12 Civ. 1750 (~~DAB~~)

UNDER SEAL

DAB 10/17/14
[~~PROPOSED~~] AMENDED
UNSEALING ORDER

        WHEREAS, on or about March 9, 2012, relator Vincent Forcier ("Relator") filed a Complaint (the "Relator Complaint") pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729 *et seq.* (the "FCA"), and New York's False Claims Act, N.Y. Finance L, Art. 13, § 187 *et seq.* (the "NYS FCA");

        WHEREAS, on or about November 15, 2012, Relator filed a First Amended Complaint (the "Amended Relator Complaint");

        WHEREAS, in the Amended Relator Complaint, Relator asserts a claim under the FCA on behalf of the United States (the "Government") against defendants Computer Sciences Corporation ("CSC") and the City of New York (the "City");

        WHEREAS, in the Amended Relator Complaint, Relator asserts a claim under the NYS FCA on behalf of the State of New York (the "State") against just CSC;

        WHEREAS, on August 15, 2014, the Government filed a notice with this Court, indicating that the Government has elected to intervene with respect to the Relator's claim under the FCA against defendants CSC and the City, and the State also filed a notice with this Court, indicating that the State has elected to intervene with respect to the Relator's claim under the NYS FCA against CSC;

        WHEREAS, on October 8, 2014, the Government and the State requested an extension of the seal and corresponding deadlines to October 17, 2014;

WHEREAS, on October 17, 2014, the Government and the State requested a one-week extension of the seal and corresponding deadlines to October 27, 2014;

IT IS HEREBY ORDERED, that:

1. On or before October 27, 2014, the Government and the State shall file their respective complaints in intervention.

2. On October 27, 2014, the Amended Relator Complaint shall be unsealed.

3. On October 27, 2014, the seal shall be lifted in this matter as to any filing occurring after that date, except as otherwise permitted to be filed under seal by the Court.

4. All other documents filed under seal in this action on or before October 27, 2014 shall remain under seal and not be made public, unless otherwise ordered by the Court.

5. Within three business days of the unsealing of this action, *i.e.*, on or before October 30, 2014, the Government shall serve a copy of its complaint-in-intervention on the City and CSC in accordance with Federal Rule of Civil Procedure 4 or through counsel.

6. Within three business days of the unsealing of this action, *i.e.*, on or before October 30, 2014, the State shall serve a copy of its complaint-in-intervention on CSC in accordance with Federal Rule of Civil Procedure 4 or through counsel.

7. If Relator wishes to further amend the Amended Relator Complaint, he shall file a Second Amended Complaint no later than December 1, 2014.

8. All orders of this Court in this action shall be sent to counsel for the Government and counsel for the State.

Dated: New York, New York
October 17, 2014

SO ORDERED:

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JDUGE