Batto, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/14
```

UNITED STATES OF AMERICA *ex rel.*
VINCENT FORCIER,

        Plaintiff,

- against -

COMPUTER SCIENCES CORPORATION and THE
CITY OF NEW YORK,

        Defendants.

12 Civ. 1750 (DAB)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that the time of Defendant Computer Sciences Corporation to move, answer or otherwise plead in response to the Complaint in Intervention of the United States and the Complaint in Intervention of the State of New York is hereby extended from November 17, 2014 to January 26, 2015. If Defendant Computer Sciences Corporation files pre-answer motions to the complaints in Intervention, the responses of the United States and the State of New York shall be due on March 9, 2015, and Defendant Computer Sciences Corporation's replies shall be due on April 6, 2015. Defendant Computer Sciences Corporation has not previously sought an extension of time to respond to the Complaints in Intervention.

Dated:    New York, New York
             November 6, 2014

1

By:

PREET BHARARA
United States Attorney for the
Southern District of New York

*[signature]*

Li Yu
Rebecca C. Martin
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2734/2714
li.yu@usdoj.gov
rebecca.martin@usdoj.gov
*Attorneys for the United States*

ERIC T. SCHNEIDERMAN
Attorney General for the State of New York

By:

*[signature]*

Jay Speers
Assistant Attorney General
120 Broadway, 13th Floor
New York, New York 10271
(212) 417-5285
jay.speers@ag.ny.gov
*Attorney for the State of New York*

ARNOLD & PORTER LLP

By:

*[signature]*

Marcus A. Asner
William H. Voth
399 Park Avenue
New York, NY 10022
(212) 715-1789/1006
marcus.asner@aporter.com
william.voth@aporter.com
*Attorneys for Defendant Computer Sciences Corporation*

SO ORDERED:

*[signature: Deborah A. Batts]*

U.S.D.J.

11/14/14

2