

U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/24/15*

86 Chambers Street
New York, New York 10007

February 23, 2015

**MEMO ENDORSED**

BY HAND

Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

RECEIVED
FEB 24 2015
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re:   *United States and State of New York* ex rel. *Forcier v. Computer Sciences Corp. and City of New York*, 12 Civ. 1750 (DAB)

Dear Judge Batts:

This Office represents the United States (the "Government") in the above-referenced action, in which the Government intervened in October 2014. On behalf of all parties in this action, we write respectfully to request an extension to the briefing schedule for defendants Computer Science Corp.'s ("CSC") and the City of New York's (the "City") motions to dismiss the Government's complaint-in-intervention, New York State's complaint-in-intervention, and the *qui tam* relator's second amended complaint.

Previously, the Court approved a briefing schedule whereby (i) CSC and the City had until January 26, 2015, to move to dismiss; (ii) the Government, the State, and the relator have until March 9, 2015, to respond; and (iii) CSC and the City have until April 6, 2015, to file replies. After CSC and the City filed their motions to dismiss, both counsel for the Government have had to travel in consecutive weeks for depositions in another case. The parties have conferred and agreed on a proposed extension to the current briefing schedule. Accordingly, we respectfully request that the Court (i) extend the time for the Government, the State, and the relator to file their responses by three weeks from March 9, 2015, to March 30, 2015; and (ii) extend the time for CSC and the City to file their replies from April 6, 2015, to May 8, 2015.

GRANTED.
/s/ DAB
2/24/15

We thank the Court for its consideration of these requests.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
LI YU
REBECCA C. MARTIN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2734/2714

**MEMO ENDORSED**

cc: (By E-mail)
Stephen Kitzinger, Esq. (Counsel for the City)
Marcus Asner, Esq. (Counsel for CSC)
Jay Speers, Esq. (Counsel for the State)
Shelley Slade, Esq. (Counsel for the Relator)

SO ORDERED

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2/24/15