

**Katten**

Katten Muchin Rosenman LLP

**575 Madison Avenue**
**New York, NY  10022-2585**
**212.940.8800 tel**
**www.kattenlaw.com**

JOSEPH V. WILLEY
joseph.willey@kattenlaw.com
212.940.7087 direct
212.940.6738 fax

November 8, 2016

**BY ECF AND HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York  10007

Re:   *United States ex rel. Forcier v. Computer Sciences Corp. and The City of New York,*
      **12 Civ. 1750 (DAB)**

Dear Judge Batts:

We, along with the New York City Law Department, represent the City of New York (the "City") in the above-referenced action.  We write to respectfully request that the City's time to answer, move, or otherwise respond to the Amended Complaint filed by the Government be extended to November 16, 2016.  The City's current deadline to answer or otherwise respond to the Amended Complaint is November 9, 2016. The Government has consented to this request. The City has made one prior request for an extension of its time to answer or otherwise respond to the Amended Complaint (Docket No. 87), which was consented to by the Government, and which the Court granted on October 26, 2016 (Docket No. 89).

We thank the Court for its consideration of this request.

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By:    */s/ Joseph V. Willey*
       Joseph V. Willey
       575 Madison Avenue
       New York, New York 10022
       (212) 940-8800 (phone)
       (212) 940-8776 (fax)
       joseph.willey@kattenlaw.com

       *Attorneys for Defendant The City of New*
       *York*



November 8, 2016
Page 2


cc:      All counsel of record (<u>via ECF</u>)