UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VINCENT FORCIER, <br><br> Plaintiff, <br><br> - against - <br><br> COMPUTER SCIENCES CORPORATION and CITY OF NEW YORK, <br><br> Defendants. | 12 Civ. 1750 (DAB) <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT COMPUTER SCIENCES CORPORATION'S MOTION TO DISMISS NEW YORK STATE'S AMENDED COMPLAINT-IN-INTERVENTION**

PLEASE TAKE NOTICE that upon the annexed declaration of William H. Voth, dated November 9, 2016, and the exhibits attached thereto, and the accompanying Memorandum of Computer Sciences Corporation in Support of Motion to Dismiss New York State's Amended Complaint-in-Intervention submitted herewith, Defendant Computer Sciences Corporation will move this Court, before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Defendant's Motion to Dismiss New York State's Complaint-in-Intervention with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
November 9, 2016

ARNOLD & PORTER LLP

BY: <u>*/s/ William H. Voth*</u>
Marcus A. Asner
William H. Voth
399 Park Avenue
New York, NY 10022
(212) 715-1789/1006
marcus.asner@aporter.com
william.voth@aporter.com
*Attorneys for Defendant*
*Computer Sciences Corporation*