```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA ex rel.      :
OMA NICHOLS, as personal              :
representative of the Estate of       :   12-cv-1750 (JSR)
Vince Forcier, and THE STATE OF NEW   :
YORK,                                 :
                                      :
         Plaintiffs,                  :   ORDER
                                      :
         -v-                          :
                                      :
COMPUTER SCIENCES CORPORATION and     :
THE CITY OF NEW YORK,                 :
                                      :
         Defendants.                  :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

This will confirm in writing the orders orally issued by the Court, without objection, during the scheduling conference this morning. See Transcript, 2/25/2020. All discovery disputes, other than the one currently in front of Magistrate Judge Debra C. Freeman regarding the plaintiffs' notes of interviews with the deceased realtor, should be brought to this Court, and all discovery must be completed by May 29, 2020. Post-discovery summary judgment papers must be filed on the following schedule: (a) moving paper(s) by June 12, 2020; (b) answering paper(s) by June 26, 2020; and (c) reply paper(s) by July 2, 2020. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motion(s), shall be held at 4:30 PM

on July 10, 2020. Finally, trial will commence at 9:30 AM on August 12, 2020. All these dates are final.

SO ORDERED.

Dated: New York, NY
February 25, 2020

_/s/ Jed S. Rakoff_
JED S. RAKOFF, U.S.D.J.