```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
UNITED STATES OF AMERICA ex rel.    :
OMA NICHOLS, as personal            :
representative of the Estate of     :        12-cv-1750 (JSR)
Vince Forcier, and THE STATE OF NEW :
YORK,                               :
                                    :
         Plaintiffs,                :                ORDER
                                    :
              -v-                   :
                                    :
COMPUTER SCIENCES CORPORATION and   :
THE CITY OF NEW YORK,               :
                                    :
         Defendants.                :
----------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Earlier today, the parties made a joint telephonic application to the Court seeking an adjournment of all remaining deadlines in this action by 45 days, in light of their agreements in principle to settle all substantive claims and the ongoing pandemic.

The Court grants the application in part as follows. All discovery must now be completed by June 29, 2020. Post-discovery summary judgment papers must be filed on the following schedule: (a) moving paper(s) by July 9, 2020; (b) answering paper(s) by July 20, 2020; and (c) reply paper(s) by July 24, 2020. There will be no final pre-trial conference and oral argument on summary judgment motion(s), and the Court will issue a ruling on

any such motion(s) by no later than July 31, 2020. Lastly, trial
will commence at the previously scheduled date and time of
August 12, 2020 at 9:30 AM.

For reasons that should be obvious given the age of this
case, no further adjournments will be granted on any ground
whatsoever.

SO ORDERED.

Dated:   New York, NY
         May 4, 2020

JED S. RAKOFF, U.S.D.J.

-2-